450 A.2d 1064

Commonwealth v. Gay, Appellant.

Submitted June 12, 1978. Kenneth D. Freeman, for appellant; Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Before JACOBS, P. J., HOFFMAN, CERCONE, PRICE, VAN der VOORT, SPAETH and HESTER, JJ.

Judgment of sentence is affirmed.

JACOBS, former P. J., did not participate in the consideration or decision of this case.